## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF MISSISSIPPI
## DELTA DIVISION

**LORRAINE SCHOEMAKER**                                        **PLAINTIFF**

**v.**                                        **No. 2:11CV00134-MPM-JMV**

**BOYD GAMING CORPORATION, ET AL.,**                            **DEFENDANTS**

### ORDER STAYING CASE

The court held a settlement conference in this case on May 31, 2012.  The conference was recessed with the parties to report the status of last offer of settlement by noon on June 7, 2012.  The parties having now notified the court that they have settled the case subject to resolution of a medicare lien/set aside issue,

**IT IS, THEREFORE, ORDERED:**

That this case is **STAYED** until the earlier of December 31, 2012, or such time that the parties notify the court that the Medicare lien/set aside issue has been resolved.  However, if the lien/set aside issue is not resolved within the period set herein, the case will be returned to the active docket, and the court will set new scheduling order deadlines.

This, the 13th day of June, 2012.

/s/ Jane M. Virden
UNITED STATES MAGISTRATE JUDGE